UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTRANICK HARRENTSIAN,<br>Plaintiff,<br>v.<br>BANK OF AMERICA, N.A.,<br>Defendant. | No. 2:25-cv-03132-DC-SCR (PS)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(ECF Nos. 6, 14) |

Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On May 11, 2026, the magistrate judge filed findings and recommendations herein, which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 14. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 11, 2026, ECF No. 14, are ADOPTED;
2. Defendant's Motion to Dismiss (ECF No. 6) is GRANTED IN PART, as follows:
    a. Plaintiff's Electronic Fund Transfer Act ("EFTA") claim is dismissed with

prejudice;

b. The court declines to exercise supplemental jurisdiction over Plaintiff's state law claim for breach of contract;

3. This action is remanded back to the Sacramento County Superior Court; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 28, 2026**

Dena Coggins
United States District Judge